# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
In the Matter of The Arbitration of Certain Controversies :
Between:

DUNHILL FRANCHISEES TRUST

Index No.: 109725/07

Petitioner,

**NOTICE OF NOTICE OF REMOVAL**

-and-

DUNHILL STAFFING SYSTEMS, INC.,

Respondent.
------------------------------------------------------------- x

TO THE SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY:

PLEASE TAKE NOTICE that Dunhill Staffing Systems, Inc., Respondent in this action, has, pursuant to federal law, filed with the clerk of the United States District Court for the Southern District of New York, a Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441. Pursuant to that Notice of Removal, this Court has been divested of its jurisdiction. Therefore, this Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by the United States District Court.

A copy of the Notice of Removal filed with the United States District Court for the Southern District of New York is attached and filed with this document. Notice of the Removal has been served via first class mail upon Petitioner's counsel of record listed below:

Richard L. Rosen, Esq.
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel.: (212) 644-6644

Dated: New York, New York
       August 2, 2007

                                       Respectfully Submitted,

                                       GREENBERG TRAURIG, LLP

                                       By: _____
                                            Kenneth A. Lapatine (KL 3985)
                                       Mark H. Budoff (MB 7069)
                                       200 Park Avenue
                                       New York, New York 10166
                                       Phone: (212) 801-9200

                                       *Attorneys for Respondent*

**JUDGE MARRERO**



FILE COPY

07 CV 6940

GREENBERG TRAURIG, LLP
Kenneth A. Lapatine (KL 3985)
Mark H. Budoff (MB 7069)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200

*Attorneys for Dunhill Staffing Systems, Inc.*

RECEIVED
AUG 02 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In the Matter of The Arbitration of Certain Controversies
Between:

DUNHILL FRANCHISEES TRUST

                           Petitioner,

            -and-

DUNHILL STAFFING SYSTEMS, INC.,

                           Respondent.
-------------------------------------------------------------- x

Case No.:

TO:   The Honorable Judge of the United States District Court for the
        Southern District of New York

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Dunhill Staffing Systems, Inc., ("Respondent") hereby notices the removal of this civil action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York. Respondent expressly reserves all available objections and defenses, including, without limitation, lack of jurisdiction over the person, insufficiency of process, insufficiency of service of process, improper joinder and failure to join a party under Rule 19.

In further support of this Notice of Removal, Respondent states as follows:

## PROCEEDING TO DATE

1. On or about July 16, 2007, Petitioner, Dunhill Franchisees Trust, filed a Notice of Petition in the Supreme Court of the State of New York, County of New York, Index No. 109725/07, for a judgment pursuant to C.P.L.R. §7510 confirming the award of the arbitrator dated May 25, 2005, and directing that judgment be entered thereon, and for such other and further relief as may be just, proper and equitable, together with interest from the date of the award, attorney's fees, and the costs and disbursement of the proceeding.

2. No further proceedings have been had in the New York Supreme Court as of the date of filing of this Notice of Removal. Pursuant to 28 U.S.C. §1446(a), attached as Exhibit A to this Notice of Removal is a true and correct copy of all process, pleadings and orders served upon Dunhill Staffing Systems, Inc.

## GROUNDS FOR REMOVAL

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, for the following reasons:

3. Petitioner is a trust representing the interests of a group of several former franchisees[1] of Respondent.

- Franchisee Harvey Hauer is a citizen of the state of North Carolina;
- Franchisee Bud Westover is a citizen of the state of Texas;
- Franchisee Michael Lamanna is a citizen of the state of California;

---

[1] During the pendency of the arbitration proceeding and prior to January 2007, many of the franchisees, initially named as respondents in Dunhill Staffing Systems, Inc.'s Demand for Arbitration, settled their disputes. Only five trust members participated in the arbitration proceeding.

- Franchisees Elias Zinn and Michael Wilcoxson[2] are citizens or the state of Texas.

4. Respondent is a corporation organized and existing under the laws of the State of Delaware with its principal offices located at 9190 Priority Way, West Drive, Suite 201, Indianapolis, Indiana 46240.

5. The amount in controversy is more than $75,000 exclusive of interest and costs.

6. Respondent was served with the Petition on or about July 23, 2007. This Notice of Removal is timely under the provisions of 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of Respondent's receipt of the initial pleading in this action.

7. Petitioner's action is pending in the Supreme Court for the State of New York, County of New York, which is within this judicial district and division. *See* 28 U.S.C. §112(b). This Court is the proper venue for removal under 28 U.S.C. §§ 1441(a), 1446(a).

8. Petitioner's action is based upon and seeks confirmation of an arbitration award that was made in the State of New York, County of New York, which is within this judicial district and division. This Court is the proper venue for removal under 9 U.S.C. §§9 and 10.

9. Pursuant to 28 U.S.C. § 1446(d), concurrently herewith, Respondent is filing a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York. Respondent is serving Petitioner with a copy of this Notice of Removal. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit "B."

---

[2] Elias Zinn and Michael Wilcoxson were business partners with respect to the Dunhill franchise.

WHEREFORE, Respondent respectfully gives Notice of Removal of the above action now pending against it to the United States District Court for the Southern District of New York, and respectfully requests that this Court proceed as if this case had been originally initiated in this Court.

Dated: New York, New York
      August 2, 2007

<div style="text-align: right;">

GREENBERG TRAURIG, LLP

By: _____
Kenneth A. Lapatine (KL 3985)
Mark H. Budoff (MB 7069)
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
*Attorneys for Respondent*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the foregoing **NOTICE OF REMOVAL** by mailing a true and correct copy thereof to the following person by first-class mail addressed to:

> Richard L. Rosen, Esq.
> The Richard L. Rosen Law Firm, PLLC
> 110 East 59th Street, 23rd Floor
> New York, New York 10022
> Tel.: (212) 644-6644

This 2nd day of July, 2007.

_____
Kenneth A. Lapatine

Case 1:07-cv-06940-VM   Document 1-3   Filed 08/02/2007   Page 9 of 10



JS 44C/SDNY
REV 12/2004

**CIVIL COVER SHEET**

**FILE COPY**

07 CV 6940

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
DUNHILL FRANCHISEES TRUST

**DEFENDANTS**
Dunhill Staffing Systems, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Richard L. Rosen, Esq.
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, NY 10022
(212) 644-6644

**ATTORNEYS (IF KNOWN)**
Kenneth A. Lapatine, Esq.
Mark H. Budoff, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200

AUG 02 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
28 U.S.C. §§ 1332 and 1441 Removal of action to confirm arbitration award.

Has this or a similar case been previously filed in SDNY at any time?   No x   Yes ☐   Judge Previously Assigned

If yes, was this case   Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐   If yes, give date _____   & Case No. _____

*(PLACE AN [X] IN ONE BOX ONLY)*   **NATURE OF SUIT**

**ACTIONS UNDER STATUTES**

| CONTRACT | TORTS PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 INSURANCE | ☐310 AIRPLANE | ☐362 PERSONAL INJURY - MED MALPRACTICE | ☐610 AGRICULTURE | ☐422 APPEAL 28 USC 158 | ☐400 STATE REAPPORTIONMENT |
| ☐120 MARINE | ☐315 AIRPLANE PRODUCT LIABILITY | | ☐620 FOOD & DRUG | ☐423 WITHDRAWAL 28 USC 157 | ☐410 ANTITRUST |
| ☐130 MILLER ACT | ☐320 ASSAULT, LIBEL & SLANDER | ☐365 PERSONAL INJURY PRODUCT LIABILITY | ☐625 DRUG RELATED SEIZURE OF PROPERTY 21 U.S.C. 881 | **PROPERTY RIGHTS** | ☐430 BANKS & BANKING |
| ☐140 NEGOTIABLE INSTRUMENT | | | | | ☐450 COMMERCE/ICC RATES/ETC |
| ☐150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | ☐330 FEDERAL EMPLOYERS' LIABILITY | ☐368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | ☐630 LIQUOR LAWS | ☐820 COPYRIGHTS | ☐460 DEPORTATION |
| | ☐340 MARINE | | ☐640 RR & TRUCK | ☐830 PATENT | ☐470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| | ☐345 MARINE PRODUCT LIABILITY | | ☐650 AIRLINE REGS | ☒840 TRADEMARK | |
| ☐151 MEDICARE ACT | | | ☐660 OCCUPATIONAL SAFETY/HEALTH | | |
| ☐152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL. VETERANS) | ☐350 MOTOR VEHICLE | | ☐690 OTHER | **SOCIAL SECURITY** | ☐480 CONSUMER CREDIT |
| | ☐355 MOTOR VEHICLE PRODUCT LIABILITY | **PERSONAL PROPERTY** | **LABOR** | ☐861 MIA (1395FF) | ☐490 CABLE/SATELLITE TV |
| | | | ☐710 FAIR LABOR STANDARDS ACT | ☐862 BLACK LUNG (923) | ☐810 SELECTIVE SERVICE |
| ☐153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS | ☐360 OTHER PERSONAL INJURY | ☒370 OTHER FRAUD | ☐720 LABOR/MGMT RELATIONS | ☐863 DIWC (405(g)) | ☐850 SECURITIES/ COMMODITIES/ EXCHANGE |
| | | ☐371 TRUTH IN LENDING | | ☐863 DIWW (405(g)) | ☐875 CUSTOMER CHALLENGE 12 USC 3410 |
| ☐160 STOCKHOLDERS SUITS | | ☐380 OTHER PERSONAL PROP. DAMAGE | ☐730 LABOR/MGMT REPORTING & DISCLOSURE ACT | ☐864 SSID TITLE XVI | |
| ☐190 OTHER CONTRACT | | | | ☐865 RSI (405(g)) | ☐891 AGRICULTURE ACTS |
| ☐195 CONTRACT PRODUCT LIABILITY | | ☐385 PROP. DAMAGE PRODUCT LIABILITY | ☐740 RAILWAY LABOR ACT | **FEDERAL TAX SUITS** | ☐892 ECONOMIC STABILIZATION ACT |
| ☐196 FRANCHISE | | | ☐790 OTHER LABOR LITIGATION | ☐870 TAXES | ☐893 ENVIRONMENTAL MATTERS |
| | | | ☐791 EMPL. RET. INC. SECURITY ACT | ☐871 IRS-THIRD PARTY 20 USC 7609 | ☐894 ENERGY ALLOCATION ACT |
| | | | | | ☐895 FREEDOM OF INFORMATION ACT |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| ☐210 LAND CONDEMNATION | ☐441 VOTING | ☐510 MOTIONS TO VACATE SENTENCE 20 USC 2255 | | | |
| ☐220 FORECLOSURE | ☐442 EMPLOYMENT | | | | |
| ☐230 RENT LEASE & EJECTMENT | ☐443 HOUSING ACCOMMODATIONS | ☐530 HABEAS CORPUS | | | ☐950 CONSTITUTIONALITY OF STATE STATUTES |
| ☐240 TORTS TO LAND | ☐444 WELFARE | ☐535 DEATH PENALTY | | | |
| ☐246 TORT PRODUCT LIABILITY | ☐445 AMERICANS WITH DISABILITIES EMPLOYMENT | ☐540 MANDAMUS & OTHER | | | ☐890 OTHER STATUTORY ACTIONS |
| ☐290 ALL OTHER REAL PROPERTY | | ☐550 CIVIL RIGHTS | | | |
| | ☐446 AMERICANS WITH DISABILITIES -OTHER | ☐555 PRISON CONDITION | | | |
| | ☐440 OTHER CIVIL RIGHTS | | | | |

*Check if demanded in complaint:*

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $ _____   OTHER _____   JUDGE _____   DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND:   YES ☐ NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

MIA 179701870v1 8/1/2007

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | | |
|---|---|---|---|---|---|---|---|
| 1 Original Proceeding | x 2 Removed from State Court | ☐ 3 Remanded from Appelate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment | |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | IF DIVERSITY, INDICATE |
|---|---|---|---|
| ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT | 3 FEDERAL QUESTION (U.S. NOT A PARTY) | x 4 DIVERSITY | CITIZENSHIP BELOW. (28 USC 1322, 1441) |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☐ 1 | ☐ 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 3 | ☐ 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | x 5 | ☐ 5 |
| CITIZEN OF ANOTHER STATE | ☐ 2 | x 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | ☐ 4 | ☐ 4 | FOREIGN NATION | ☐ 6 | ☐ 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES):
Harvey Auger, 4825 King Arthur Drive, Charlotte, NC 28272

Michael Lamanna, 31952 LaSubida Drive, Trabuco Canyon, CA 92679

Basil Westover, 5017 Southpoint Drive, Arlington, TX 76017

Elias Zinn, 531 Jessamine Street, Bellaire, TX 77401

Michael Wilcoxson, 6 Champions Mark, San Antonio, TX 78258

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES):
Dunhill Staffing Systems, Inc.
9190 Priority Way, West Drive, Suite 201
Indianapolis, IN 46240

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS   ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

DATE:     SIGNATURE OF ATTORNEY OF RECORD     ADMITTED TO PRACTICE IN THIS DISTRICT
          *Kenneth A. Laspahn*                ☐ No
RECEIPT #                                      ☒ Yes (DATE ADMITTED Mo. June    Yr. 1971)
                                               Attorney Bar Code #   KL 3985

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____                         is so Designated.

J. Michael McMahon, Clerk of Court by _____    Deputy Clerk, DATED _____

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)