JUDGE MARRERO

07 CV 6940

FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In the Matter of The Arbitration of Certain Controversies
Between:

DUNHILL FRANCHISEES TRUST

                                      Petitioner,

                  -and-

DUNHILL STAFFING SYSTEMS, INC.,

                                      Respondent.
-------------------------------------------------------------------x

Case No.:

**Rule 7.1 STATEMENT**

U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dunhill Staffing Systems, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Watsco, Inc. (corporate parent until July 19, 2007).

Dated: New York, New York
       August 2, 2007

                                                    GREENBERG TRAURIG, LLP

                                                    By: _____
                                                    Kenneth A. Lapatine (KL 3985)
                                                    Mark H. Budoff (MB 7069)
                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    Tel: (212) 801-9200
                                                    *Attorneys for Defendants*