# Greenberg Traurig

Kenneth A. Lapatine
Tel (212) 801-3189
Fax (212) 801-6400
lapatinek@gtlaw.com

August 6, 2007

**VIA FAX**

Honorable Victor Marrero
United States District Court
Southern District of New York
40 Foley Square, Room 414
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-07
```

Re:   *Dunhill Franchisees Trust v. Dunhill Staffing Systems, Inc.* 07 CV. 6940 (VM)

Dear Judge Marrero:

We are counsel for the Respondent Dunhill Staffing Systems, Inc. ("Dunhill") in the above-entitled matter which was removed from the New York State Supreme Court, New York County, to the Southern District of New York on August 2, 2007 and assigned to you. We are writing to request leave to file a memorandum of law in excess of your 25 page limit in connection with a motion to vacate an arbitration award.

This matter has been brought by the Petitioner, four franchisees of Dunhill, to confirm an arbitration award made against Dunhill. Pursuant to the Federal Arbitration Act, 9 U.S.C. §10, Dunhill will be moving to vacate that award by August 13, 2007. The additional length is necessary because the arbitration proceeding itself involved 13 hearing dates and extensive pre-hearing and post-hearing briefing of the laws by both sides, and Dunhill will be demonstrating in its motion to vacate that the arbitrator exceeded his authority and manifestly disregarded the applicable laws in numerous respects. We anticipate that Dunhill's memorandum of law in support of its motion to vacate will not exceed 45 pages.

Respectfully,

Kenneth A. Lapatine

cc:   Richard L. Rosen, Esq.
      Attorney for Petitioner
      (via fax)

> Request DENIED. The Court routinely receives briefings in arbitration actions of equal complexity and extensive records where the parties manage to comply with the 25-page limitation.
>
> **SO ORDERED:**
> 8-6-07
> DATE    VICTOR MARRERO, U.S.D.J.

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212 801 6400 | www.gtlaw.com