GREENBERG TRAURIG, LLP
Kenneth Lapatine (KL 3985)
Mark Budoff (MB 7069)
GREENBERG TRAURIG, LLP
200 Park Avenue 15th Floor
New York, New York  10166
(212) 801-9200

*Attorneys for Petitioner Dunhill Staffing Systems, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In the Matter of The Arbitration of Certain
Controversies Between

DUNHILL FRANCHISEES TRUST
               Petitioner,

- against -

DUNHILL STAFFING SYSTEMS. INC.;
               Respondent.
------------------------------------------------------------------x

ECF CASE

Case No.: 07-CV-6940 (VM)

**NOTICE OF MOTION PURSUANT TO 9 U.S.C. §10**

      **PLEASE TAKE NOTICE**, that upon the annexed Affidavit of Jeffrey H. Wolf, Esq. sworn to on August 9, 2007, and the exhibits thereto, and the accompanying Memorandum of Law, the Respondent Dunhill Staffing Systems, Inc. ("Dunhill") will move this Court before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 20B, New York, New York 10007, at a date and time to be scheduled by the Court, for an Order pursuant to section 10 of the Federal Arbitration Act, 9 U.S.C. §10, to vacate the arbitration award dated May 25, 2007 issued by Michael D. Friedman in the matter entitled *Dunhill Staffing Systems, Inc. v. Dunhill Franchisee Trust,* American Arbitration Association Case No. 13 181 Y 01674 04.

Dated: New York, New York
       August 9, 2007

GREENBERG TRAURIG, LLP

By: _____
Kenneth Lapatine (KL 3985)
Mark Budoff (MB 7069)
GREENBERG TRAURIG, LLP
200 Park Avenue 15th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Respondent*

TO: Richard L. Rosen, Esq.
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, New York 10022
Tel.: (212) 644-6644
*Attorney for Petitioner*

*IA 179708330v1 8/9/2007*