# EXHIBIT 6

This exhibit was filed on paper with the Clerk's Office pursuant to Order of Judge Marrero dated 8/13/07.

NY 238501927v1 8/13/2007