# EXHIBIT 10

This exhibit was filed on paper with the Clerk's Office pursuant to Order of Judge Marrero dated 8/13/07.