## EXHIBIT 13

This exhibit was filed on paper with the Clerk's Office pursuant to Order of Judge Marrero dated 8/13/07.

NY 238501927v8 8/13/2007