# EXHIBIT 14

## Mission Statement

We, the members of the Dunhill family of companies, are dedicated to providing quality professional search and staffing services. We pledge to meet the needs and to exceed the expectations of our internal and external customers through the process of continuous improvement.

**Dunhill Staffing Systems, Inc.**
*More than solutions.* Results.

Visit Dunhill on the world wide web at
**http://www.dunhillstaff.com**

ASA
American Staffing Association

IFA

NAPS
National Association of Personnel Services

NTSA
National Technical
Services Association

Marketing
Info
And
Materials
885-3576
Explore the opportunities.
Dunhill® Staffing Systems, Inc.
More than solutions. Results.
DSS 06089

# Do you have what it takes?
# **Dedication, performance & discipline.**

"You can't build a reputation on what you're going to do."

*- Henry Ford*

If so, you will want to explore a career opportunity with Dunhill Staffing Systems and our dynamics of success. There are no limits to what you can accomplish when productive resources are made available. That's what we give to all of our staffing professional team members.

You'll be networked to a community of staffing consultants from more than 150 locations stretching from coast-to-coast across the United States and Canada. Information, experiences and contacts can be shared, giving you the competitive advantage from the onset. With confidence and determination, you'll be able to explore creative solutions for workforce and workplace needs.

**We've taken quality to the next level.**

That's why so many companies have partnered with us since 1952 to meet their staffing challenges. Whether it's full time personnel, temporary positions or contract assignments, Dunhill has the relationships, resources, expertise and commitment necessary to efficiently provide the best people around the globe.

Our company encompasses three service options, each with specific focus and direction. **Dunhill Professional Search** provides direct hire opportunities. **Dunhill Staffing Systems** provides people for temporary and temp-to-hire positions. And **Dunhill Professional Staffing** provides business and technical professionals for medium and long-term contract assignments.

**We take training seriously.**

At Dunhill, training is important business. You'll be trained as staffing specialist according to your strengths and uniqueness. Our range of disciplines include accounting & finance, administrative & office services, information technology, health care, insurance, sales & marketing and technical & engineering.

We'll also teach you our success secrets, specifically how to develop effective recruiting campaigns, your own specialties, client base and geographic target areas. After completing "basic training," your skills will be continually enhanced with management training, regional meetings, workshops and seminars.

The majority of Dunhill's trainers have earned the prestigious Certified Personnel Consultant (CPC) or Certified Temporary-Staffing Specialist (CTS) designation from the first trade association representing our industry, the National Association of Personnel Services (NAPS).

**Staffing is a growth industry.**

Today, staffing services is more than a $100 billion industry — and according to the Bureau of Labor Statistics substantial growth has been predicted well into the next century. Along with the financial rewards of a high-impact industry, there are many personal benefits, too. Providing the right career opportunity to others can be extremely fulfilling and motivating.

As a staffing specialist, you will need perseverance, quality perception and business insight. You'll also need a solid grasp of corporate cultures, work environments, ethics, people and what influences them. With a combination of these, you'll excel in this business, and in your career.

If you're seeking a gratifying opportunity with an industry leader — an accomplished company that will value your expertise, offer comprehensive salary and benefits packages, and can provide you with the chance to advance, call Dunhill Staffing Systems today.

—

**We have a lot to talk about.**



nmitment.
romise.
ntee it.

## Mission Statement

We, the members of the Dunhill family of companies, are dedicated to providing quality professional search and staffing services. We pledge to meet the needs and to exceed the expectations of our internal and external customers through the process of continuous improvement.

Visit **www.dunhillstaff.com** or call your local Dunhill office to learn more about our:

- Professional Code of Ethics
- Service Guarantees
- Performance Reviews
- Insurance Coverage (comprehensive general liability, fidelity, errors and omissions, and workers' compensation)
- Employee Transfer Plan
- Invoicing and Reporting Services

ASA
American Staffing Association

IFA

NAPS

NTSA
National Technical
Services Association

The challenges
are endless.
Dunhill® Staffing Systems

**nent**
ll-time low.

**ws.**

**attitude.**

) work because
**ride.**

**the**
ier mother.

- Executive Assistant
- Accounting & Finance
- Legal Support
- Teleservices
- Light Industrial

### Setting High Standards

Recruiting is wha- --- do best at Dunhill Staffing Systems. Building relationships is what we do second best. So naturally we can provide you with extensive choices of quality temporary and temp-to-hire candidates — those who have chosen to lead flexible lifestyles. To us it's all about chemistry and fit, and we know our clients will appreciate that.

To ensure that our staffing candidates can perform to our highest standards, they are extensively screened and evaluated to verify skill levels before we introduce them to you. By conducting in-depth interviews with every candidate, we are confident of our selections on your behalf. We are always looking for someone who will fit within your corporate culture, as well as perform the necessary tasks.

Once we are confident that we have found an exemplary candidate, we work diligently to keep him or her active within our ---- ---. we do this by offering competitive compensation, incentive bonuses and attractive benefits packages. Professionals who choose to work for the Dunhill network embrace our Code of Ethics, which emphasizes reliability, productivity, excellence and responsibility. We insist upon it.

Because we also recognize the value of continuous professional development, we provide training programs to our field employees. It's a value-added incentive that not only benefits you, but enables our professionals to grow individually.

We stand by the professionals we place. In fact, part of the Dunhill difference is our unique guarantee. If the candidate should not meet your needs or expectations, simply call us immediately and we'll send over a replacement. In a perfect world, we'd make a perfect match every time. As realists, we know that we have to prepare for a range of circumstances.

"When it comes to personalized service, efficiency and overall quality, I have found no comparison to Dunhill Staffing Systems. Their attention to detail for my needs, their sense of urgency and their follow-up was exceptional."

*Deb Ackles, Manager, Client Services, Blessing White*

### A Powerful Network

Every day, more than three million people are working in flexible staffing positions. In fact, 95% of all U.S. companies use temporary employees on a regular basis; and over the last decade, the temporary staffing industry's size has quadrupled.

At some point your business will demand temporary staffing support. At Dunhill we cater to your needs with personal attention and immediate response with our temporary and temp-to-hire solutions. While receiving the personal, relationship-driven service of a local business, you'll also benefit from the resources of a dynamic, international corporation.

Our exemplary reputation attracts unique candidates with a diverse range of skill levels and experience. With competitive salaries, attractive compensation packages and training incentives, we retain motivated temporary staff who not only meet, but exceed expectations.

**At Dunhill we have an international network, extensive industry contacts and recruiting professionals who can match the right people with the right tasks. Right now.**

"The staff at Dunhill is extremely prompt and friendly. They follow up right away and always sound like they have a smile in their voice. The best part is everyone is able to help when you call...you don't have to wait to talk to one specific person. The difference in Dunhill is that they will fix it."

*Regina Mort, Westin Hotel*

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of technical and engineering industries we staff includes:

- Chemicals
- Computer Hardware
- Computer Software
- Data Processing
- Electrical Machinery
- Electronics
- Energy Conservation/HVAC
- Engineering Services
- Food Processing
- Fabricated Metals
- Fabrics & Textiles
- Instrumentation & Controls
- Machinery
- Medical Devices
- Paper
- Petrochemicals
- Pharmaceuticals
- Rubber & Plastics
- Telecommunications
- Transportation Equipment
- Water Purification

Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.





# Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**

NAPS National Association of Personnel Services

NTSA National Technical Services Association

DSS 931

**Dunhill® Staffing Systems**
*More than solutions.* Results.

You want someone who knows your processes inside out.

Competition is fierce and you can't afford the time for on-the-job training.

You need expertise on a new technology.

**Dunhill® Staffing Systems**
*More than solutions.* Results.



NEED HELP FAST?
Dunhill® Staffing Systems, Inc.
More than solutions. Results.

DSS 06095

## To get the right help fast, call Dunhill first!

***Feel like you're drowning in work?*** It's time to get help. But just adding bodies won't do, you need *workers*. Well-qualified, highly motivated individuals who can step in and do the job right — right from the start.

That's why, for short- or long-term temporary help or to fill a full-time position, it's smart business to call Dunhill first.

### *Temporary and Temporary-To-Hire Staffing*

- Our pay rates, benefits and skills training are the best, so we can attract and retain the most qualified, most highly motivated temporary workers.
- Every Dunhill field employee is personally interviewed, thoroughly skills tested and reference checked.
- And if you want to make one of our skilled field employees a permanent member of your staff, we offer an easy, convenient transition method.

### *Full-Time and Contract Staffing*

- Our personnel are experienced recruiters with solid expertise and extensive contacts in the industries they serve. The result is a fast, productive search.
- We study your company's unique staffing needs, so we can develop the most accurate candidate profile.
- Then we apply our proven 24-step recruiting process to ensure a custom fit between your needs and our candidates.

So, before you get in over your head, get to us.

NEED HELP FAST?
Dunhill® Staffing Systems, Inc.
More than solutions. Results.

## To get the right help fast, call Dunhill first!

*Crushing workload?* It's time to ease the pressure. But just adding bodies won't do, you need *workers*. Well-qualified, highly motivated individuals who can step in and do the job right — right from the start.

That's why, for short- or long-term temporary help or to fill a full-time position, it's smart business to call Dunhill first.

### *Temporary and Temporary-To-Hire Staffing*

- Our pay rates, benefits and skills training are the best, so we can attract and retain the most qualified, most highly motivated temporary workers.
- Every Dunhill field employee is personally interviewed, thoroughly skills tested and reference checked.
- And if you want to make one of our skilled field employees a permanent member of your staff, we offer an easy, convenient transition method.

### *Full-Time and Contract Staffing*

- Our personnel are experienced recruiters with solid expertise and extensive contacts in the industries they serve. The result is a fast, productive search.
- We study your company's unique staffing needs, so we can develop the most accurate candidate profile.
- Then we apply our proven 24-step recruiting process to ensure a custom fit between your needs and our candidates.

So, before the pressure gets to you, get to us.

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of sales and marketing positions we staff includes:

- Sales Representative
- Regional Manager
- Sales Engineer
- Product and Brand Manager
- Account Executive
- Marketing Manager
- Market Development Specialist
- Sales and Marketing Director
- District Sales Manager
- VP of Sales & Marketing

Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis: there's only a fee if you hire one of our candidates.



Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**

NTSA
National Technical Services Association

**Dunhill® Staffing Systems**
*More than solutions.* Results.

## Corporate Colors

To maintain a consistent image, use only the approved colors for the Dunhill logo. If PMS colors or their process matches (see below) cannot be used, we recommend using black ink only.

*Staffing Systems* — *Professional Search*

PMS-201 PMS-295 PMS-229 PMS-289

Process Color matches: In some cases, it may not be possible or practical to specify PMS colors. In these cases, use the process color (CMYK) matches listed below:

PMS-201:
C-0%, M-100%, Y-65%, K-34%.

PMS-295:
C-100%, M-56%, Y-0%, K-43%

PMS-229:
C-0%, M-87%, Y-15%, K-65%

PMS-289:
C-100%, M-60%, Y-0%, K-56%

## Business Cards — *Staffing Systems*

YOUR NAME
Your Title
Dunhill Staffing Systems
More than solutions. Results.™
Dunhill Staffing Systems of Your Town
1123 Smith Street, Your Town, Your State 11111
Tel: 000-000-0000 • Fax: 000-0000 • Email: xx@dunhillstaff.com
NAME
HELVETICA BOLD
OBLIQUE – 7 PT
TITLE
HELVETICA
OBLIQUE – 7 PT
COMPANY NAME
HELVETICA
BLACK – 7 PT
ADDRESS
HELVETICA
OBLIQUE – 7 PT

## Dunhill Logos — *Staffing Systems*

The Dunhill Staffing Systems logo featuring the 3-D (shaded) star should be used whenever possible, and always for business cards, envelopes and letterhead.

Dunhill
Staffing
Systems

In applications, where printing the 3-D (shaded) star is problematic, a flattened logo is available. Your printer can advise you when this form should be used.

Dunhill
Staffing
Systems
More than solutions. Results.

A single-line version of the Staffing Systems logo is also available.

**Dunhill Staffing System**

## Business Cards — *Professional Search*

HELVETICA BLACK – 15 PT
RULE PRINTS 100% PMS-229 – 2 PT
Dunhill® Professional Search
Dunhill Professional Search of Anywhere
35 Pinelawn Road, Melville, New York 11787
516-293-6115 • FAX: 293-6167
Email: xx@dunhillstaff.com
Online: www.xxxxx.com
H.M. Jones
COMPANY NA
HELVETICA
BLACK – 8.5
ADDRESS
HELVETICA –
8.5 PT
YOUR NAME
HELVETICA
BOLD – 10 PT

## Letterhead — *Staffing Systems*

COMPANY NAME
HELVETICA
BLACK – 10 PT

Dunhill
Staffing
Systems
More than solutions. Results.™

ADDRESS
HELVETICA
OBLIQUE – 9 PT

**Dunhill Staffing Systems of Your Town**
*123 Smith Street, Your Town, Your State 11111 • 561-364-8800 • FAX: 526-364-8920 • Email: xx@dunhillstaff.com*

## Letterhead — *Professional Search*

RULE PRINTS
100% PMS-229
2 PT

**Dunhill® Professional Search** — HELVETICA BLACK – 24 PT

COMPANY NAME
HELVETICA
BLACK – 10.5 PT

**Dunhill Professional Search of Anywhere** 35 Pinelawn Road, Melville, New York 11787• 516-293-6115 • FAX: 293-6167
Email: xx@dunhillstaff.com • Online: www.xxxxx.com

ADDRESS
HELVETICA – 9.5 PT

DSS 06101



**#10 Envelope** — *Staffing Systems*

**Dunhill Staffing Systems of Your Town** — COMPANY NAME HELVETICA BLACK – 8 PT

*123 Smith Street, Your Town, Your State 11111* — ADDRESS HELVETICA – 8 PT

**#10 Envelope** — *Professional Search*

**Dunhill® Professional Search** — RULE PRINTS 100% PMS-229 2 PT

**Dunhill Professional Search of Anywhere** — COMPANY NAME HELVETICA BLACK – 8.5 PT

35 Pinelawn Road, Melville, New York 11787 — ADDRESS HELVETICA – 8.5 PT

**Dunhill® Staffing Systems, Inc.**

*More than solutions.* Results.™



*The following is a representative listing of the broad range of critical business functions supported by Dunhill Professional Staffing:*

- Accounting & Finance
- Administration
- Banking
- Engineering
- Health Care Administration
- Information Systems and Technology
- Manufacturing Operations & Support
- Sales and Marketing
- Software Engineering

**Dunhill® Staffing Systems, Inc.**

*Dunhill Professional Search ◆ Dunhill Staffing Systems*

Visit Dunhill on the world wide web at http://www.dunhillstaff.com



# *A new strategy for staffing more efficiently to maximize your organization's profitability.*

IMAGINE THIS SITUATION. Your company needs a talented professional with specific skills. A software engineer, perhaps, or a financial manager familiar with auditing procedures. The need is pressing. But business conditions make it difficult to justify hiring additional full-time personnel.

What would you do? Your best solution would be to call Dunhill Staffing Systems. We provide business and technical professionals in a wide range of disciplines for medium and long-term temporary assignments. Your company would quickly acquire the skilled individual you needed for an indefinite period of time.

**Dunhill can help you to cost-effectively:**

- Adjust staffing levels to match peak or intermittent demand
- Complete clearly defined projects that require specialized skills
- Handle an increasing workload while adhering to corporate head-count or hiring freezes
- Audition new personnel on the job before making a full-time hiring decision

Using Dunhill Staffing Systems gives companies the flexibility to staff for minimum needs, thereby strengthening their bottom line. At the same time, they do not sacrifice productivity or lose the ability to respond quickly to market opportunities and changing customer demands.

**There is only one reason to bring your staffing needs to Dunhill — we get results.**

Our specialists have the experience and the industry contacts necessary to locate the most qualified candidates. We also take the time to gain a detailed knowledge of your company so that we can zero in on your exact needs.

We're experienced recruiters. Our proven, 24-step recruiting process ensures a custom fit between your needs and our candidates.

- Every Dunhill candidate is thoroughly screened, carefully evaluated and verified — before you interview them.
- We benchmark our candidates for the right skill-level, experience and education to meet your needs.
- We provide regular quality checks during the term of the assignment.

**Add people, not paperwork**

The skilled individuals that Dunhill provides remain our employees. We handle all of the payroll, tax and insurance related paperwork, saving your organization both time and money. You can depend upon Dunhill Staffing Systems to match your needs precisely and provide the people you require with the skills you need and the motivation to make your challenges their own.

***Your Dunhill Specialist is ready to work with you to fill your staffing needs. Call today.***



NEED HELP FAST?
Dunhill® Staffing Systems, Inc.
More than solutions. Results.

DSS 06105