# To get the right help fast, call Dunhill first!

*Up to your neck in work?* It's time to get help. But just adding bodies won't do, you need workers.

Well-qualified, highly motivated individuals who can step in and do the job right — right from the start.

That's why, for short- or long-term temporary help or to fill a full-time position, it's smart business to call Dunhill first.

## Temporary and Temporary-To-Hire Staffing

- Our pay rates, benefits and skills training are the best, so we can attract and retain the most qualified, most highly motivated temporary workers.

- Every Dunhill field employee is personally interviewed, thoroughly skills tested and reference checked.

- And if you want to make one of our skilled field employees a full-time member of your staff, we offer an easy, convenient transition method.

## Full-Time and Contract Staffing

- Our personnel are experienced recruiters with solid expertise and extensive contacts in the industries they serve. The result is a fast, productive search.

- We study your company's unique staffing needs, so we can develop the most accurate candidate profile.

- Then we apply our proven 24-step recruiting process to ensure a custom fit between your needs and our candidates.

So, before you get in over your head, get to us.

DSS 06106

# It's discipline.
# It's dedication.
# It's performance.

## Mission Statement

We, the members of the Dunhill family of companies, are dedicated to providing quality professional search and staffing services. We pledge to meet the needs and to exceed the expectations of our internal and external customers through the process of continuous improvement.

Visit Dunhill on the world wide web at
**http://www.dunhillstaff.com**

  

NTSA
National Technical
Services Association



It's more than
relationships.

## Dunhill® Staffing Systems
*More than solutions.* Results.

— DSS 06107

At Dunhill Staffing Systems, we've taken quality to a new level. That's why so many companies have partnered with us since 1952 to meet their staffing challenges. Whether it is direct hire personnel, temporary positions or contract assignments, Dunhill has the resources, expertise and commitment that is necessary to efficiently provide the best people across the globe.

Our more than 150 locations throughout the United States, Hawaii and Canada offer flexible service and guarantees. You need to know who you are dealing with up front, especially when it relates to your most valuable business assets — people.

## "Quality is not an act. It is a habit."
*Aristotle*

## The 3 Service Options

- Dunhill Professional Search provides direct hire opportunities.

- Dunhill Staffing Systems provides staff for temporary and temp-to-hire positions.

- Dunhill Professional Staffing (Contract) provides business and technical professionals for medium and long-term contract assignments.

### Professional Search

At Dunhill we believe there is strength in numbers. Each Dunhill Professional Search office is locally owned and operated, but enjoys the benefit of a National Exchange Network — for those particularly specific staffing challenges that may require national or international candidates.

Dunhill has transformed its search process into a science. We first examine your corporate cultures and philosophies, then we assist in defining the position's responsibilities,

expectations and opportunities. It is only after this extensive research that we develop an extensive candidate profile. Our 24-step recruiting process then begins. We qualify and evaluate a candidate's education, experience and personal goals to ensure they adhere to your business principles.

**Areas of Specialty**
Information Technology ▪ Finance & Administrative Services ▪ Healthcare ▪ Sales & Marketing ▪ Technical & Engineering ▪ Office Administration ▪ International

### Staffing Systems (Temporary)

Every day more than three million people are working in temporary staffing positions. In fact, 95% of all U.S. companies use temporary employees on a regular basis; and over the last decade, the temporary staffing industry's size has quadrupled.

It's inevitable. At some point your business will demand temporary staffing support. At Dunhill, we cater to your needs with personal attention and immediate response with our temporary and temp-to-hire solutions. While receiving the service of a local business, you'll also benefit from the resources of a dynamic, international corporation.

Our indelible reputation attracts unique field employees with a diverse range of skill levels and experience. With competitive salaries, attractive compensation packages and training incentives, we retain motivated temporary staff who not only meet, but exceed our expectations.

**Areas of Specialty**
Clerical ▪ General Office ▪ Marketing Production/Distribution/Assembly Executive Assistant ▪ Accounting & Finance Legal Support ▪ Teleservices ▪ Light Industrial

### Professional Staffing (Contract)

Various technical or business tasks may require additional assistance. At Dunhill we seek out and provide these contract professionals for medium and long-term temporary assignments. This gives you the chance to focus on the task, while we handle payroll, taxes, insurance and risk management. Not to mention that you'll have the opportunity to audition staff on the job before direct hire decisions are made and adjust staffing levels to match peak or intermittent demand levels.

**Areas of Specialty**
Information Technology ▪ Financial & Administrative Services ▪ Sales & Marketing Technical & Engineering ▪ International

**Call your local Dunhill office. When meeting your staffing needs, it's our performance that matters the most.**

*More than solutions. Results.*

DSS 06108

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of technical and engineering industries we staff includes:

- Chemicals
- Computer Hardware
- Computer Software
- Data Processing
- Electrical Machinery
- Electronics
- Energy Conservation/HVAC
- Engineering Services
- Food Processing
- Fabricated Metals
- Fabrics & Textiles
- Instrumentation & Controls
- Machinery
- Medical Devices
- Paper
- Petrochemicals
- Pharmaceuticals
- Rubber & Plastics
- Telecommunications
- Transportation Equipment
- Water Purification



Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**

Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**

Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**

By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**

We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**

You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.



DSS 06109



Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**

You want someone who knows your processes inside out.

Competition is fierce and you can't afford the time for on-the-job training.

You need expertise on a new technology.





DSS 06110

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of IT positions we staff includes:

- Programmer
- Database Analyst
- Data Processing Manager
- Programmer Analyst
- Database Administrator
- MIS Director
- Systems Analyst
- Technical Support Analyst
- LAN Analyst
- Systems Programmer
- Project Leader and Supervisor
- Telecommunications Specialist



Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.

Whether it's filling a job fast
or a skilled team assignment
you need [qualified] people
and getting results — fast

DSS 06111



You need IT specialists

Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at www.dunhillstaff.com







You're entering the world of e-commerce.

You're updating and expanding your internal and external networks.

Your sales force needs better telecommunications access.

DSS 06112

## Why Outplacement?

Maintain the positive relationship between management and remaining employees

Maintain positive public image

Employers feel less guilty for letting employees go when they know they will be assisted in obtaining new employment

Decrease unemployment insurance expenses by having fewer "former employees" file for benefits

Decrease "wrongful termination" claims



*Outplacement provides your people with:*

**RESUME DEVELOPMENT**

**INTERVIEW TRAINING**

**JOB-SEEKING SKILLS**

**LABOR MARKET DATA**

**CAREER COUNSELING**

**ELECTRONIC POSTING**

**FOLLOW-UP SUPPORT**

DSS 06113

Let Dunhill aid in offering your out-placement company your best work with.

Dunhill Outplacement of
Baltimore is a locally owned
company familiar with our area.

Low & affordable fees
enabling a company to utilize
outplacement

Quality services by
experienced job placement
professionals

Dunhill Outplacement of Baltimore
7939 Honeygo Blvd.,
Suite 225
Baltimore, MD 21236

(800) 906-0044
Fax (410) 931-4967

Returning your former
employees back to work
as soon as possible is the
best scenario for
everybody.

American Staffing Association

NAPS
National Association of Personnel Services

NTSA
National Technical
Services Association

DSS 06114

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of office support positions we staff includes:

- Secretaries
- Bookkeepers
- Executive Secretaries
- Office Managers
- Word Processors
- Accountants
- Clerk Typists
- Executive Assistants
- Paralegals
- Accounting Clerks
- Customer Service Representatives

- Receptionists
- Administrative Assistants
- Data Entry Clerks
- Legal Secretaries
- Teleservices Staff

Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**

Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**

Candidates are extensively screened, tested and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**

By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**

We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our temporary professionals, we will also handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**

You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.

DSS 06115

you need full time
support specialists

Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**

The customer service rep left.

It's your busy season and data entry is swamped.

Your administrative coordinator went back to college.

American Staffing Association

NAPS

NTSA
National Technical
Services Association

DSS 06116

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of sales and marketing positions we staff includes:

- Sales Representative
- Regional Manager
- Sales Engineer
- Product and Brand Manager
- Account Executive
- Marketing Manager
- Market Development Specialist

- Sales and Marketing Director
- District Sales Manager
- VP of Sales & Marketing

Our proven recruiting process ensures that your get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.

DSS 06117



Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies are turning to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**





American Staffing Association

**NAPS**
NTSA
National Technical
Services Association
DSS 932

Your call center group needs a new manager now.

Your e-commerce venture requires product marketers and alliance builders.

You need to rebuild a major sales region from the top down.

DSS 06118

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of health care positions we staff includes:

**NURSING**
- Clinician
- Middle Manager
- Department Head
- Director/VP

**ADMINISTRATION**
- Accounting/Finance
- Business Office
- Marketing
- Medical Records
- Engineering

**ANCILLARY SERVICES**
- Physical Medicine/ Rehabilitation
- Lab/Radiology
- Cardiopulmonary/ Respiratory
- Biomed
- Pharmacy

**OTHER**
- Dietary
- Staff Physician
- Perfusionist



Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.



DSS 06119



When you need healthcare professionals

# Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**





NTSA
National Technical
Services Association

**NAPS**
National Association of Personnel Services

Your medical group is growing and needs more administrative help.

Your hospital's new wing is complete and you're staffing up.

Your pharmacy is short-handed and you need another pharmacist now.

DSS 06120

**You need Dunhill.** We have a national network, extensive industry contacts and recruiting professionals who understand your business and match the right people with the right tasks. Right now. The range of accounting and finance positions we staff includes:

- CFO
- Auditor
- Tax Accountant
- Controller
- EDP Auditor
- Staff Accountant
- Financial Manager
- Medical Reimbursement Professionals
- Cost Accountant
- Accounting Manager
- Financial Analyst
- AP/AR Specialists



Our proven recruiting process ensures that you get the ideal person.

**No guesswork.**
Your needs are our starting point. We take the time to really understand your operation, so that we can meet your unique criteria and expectations. Every time. We've built a national reputation for applying discipline, dedication and performance to staffing challenges.

**Competent candidates.**
Candidates are extensively screened and evaluated to verify skill levels and references before we introduce them to you.

**No surprises.**
By conducting in-depth interviews with every candidate, we can be confident of our selection. We're looking for someone who will fit with your corporate culture as well as perform at the highest level of excellence.

**Fast turnaround.**
We'll comb our databases and national network, plus we'll do the legwork – the advertising, qualifying and interviewing. If you hire one of our contract professionals, we handle the payroll, and all the tax- and insurance-related paperwork.

**No risk.**
You'll not only save time, you'll save money. At Dunhill, we work on a contingency basis; there's only a fee if you hire one of our candidates.

DSS 06121



You find financial professionals

# Make **Dunhill** your first hire.

While you're focusing on your core competencies, Dunhill search and staffing professionals are working for you. Discover why companies **return time and again** to Dunhill offices for all of their staffing needs, whether it's for **temporary** assistance or for the recruitment of **full-time** personnel or **contract** professionals. At Dunhill Staffing Systems, it's more than solutions. It's results.

Visit Dunhill at **www.dunhillstaff.com**

You're merging two companies and planning to go public.

Your company is growing and you need to bolster your internal audit staff.

You need a tax expert, a number cruncher, an accounting wizard.

DSS 06122



DSS 06123





## Be Prepared

More than 2 million people have been readied for the job interviewing process by the team at Dunhill Staffing Systems. We're eager to assist you through this process, which can seem overwhelming and downright frustrating. Here we provide you with the tactics and strategies that will lead you in the right direction. After all, the interview is about you — the person that you know best. All you need to know is how to position and sell yourself.

Since 1952, Dunhill has engaged in developing strong relationships with people just like you. In this detailed interviewing guide, we share this knowledge and experience so you will feel more at ease when your future, assets and skills are the main topic of conversation.

(2)

## What You Should Know

We are in business to help you accelerate your career. That's what we do best. Professionals across the country choose to work with Dunhill consultants because of our ability to coach them through the process.

First and foremost, we will provide you with:

- A thorough overview of the interviewing company, including corporate chemistry, culture and environment
- A detailed description of the position, the expectations and requirements
- An explanation of how the position aligns with your skills
- Assistance in preparing a professional presentation that focuses on you and your background

## Sell Yourself

No one knows you better than you. But rarely do you take the time to assess your strengths. When you are searching for a new job, it's the ideal time to focus on what makes you the most qualified choice. An objective self-evaluation will enable us together to prepare a distinctive presentation that will highlight your greatest assets. Because every employer is different and every candidate is unique, we work diligently to align the right personality with the right business chemistry.

Start by asking yourself:

- Am I a self-starter?
- Am I a team player?
- Am I assertive?
- Am I ambitious?

(3) 

- Do I take directions well, listen and communicate well?
- Do I prefer others to take the lead?
- Where do I fit in the scheme of things?

Next, make a list of:

- Your strengths and skills
- Strongest area of knowledge
- Personality attributes
- Your success stories

Study this list carefully. When you meet with the hiring official, you want to be able to effectively communicate these assets. It also will help you feel more at ease when describing the experience you bring and the contribution you can make to the organization. This attribute list is the foundation that will help you build a powerful résumé.

## Your Story in One Page

Your résumé should provide a brief employment history that outlines your responsibilities and achievements at each position. You also should include your education, any notable honors and professional interests. Make your résumé a thumbnail profile, not an epic. It's your secret weapon to spark interest and secure an interview.

**Keep it brief.** Your résumé should be no longer than two pages, preferably one. Include just enough information to create the interview opportunity.

DSS 06125

④

**Do it with style.** The type of job and industry you're interested in determines your résumé's appearance. You should employ a conservative presentation on plain white, good-quality paper, using a simple typeface. Make sure your résumé copies are laser printed. If you are sending your résumé via e-mail, Adobe Acrobat is the best program to use because it can be sent cross-platform and is the most readable.

**Details and format are critical.** Neatness counts, and typographical errors, poor spelling and faulty grammar are unacceptable. Leave wide margins so the interviewer can make notes before, during and following your meeting. If your résumé impresses the hiring official, it will make a difference in whether or not you get the interview.

**Accentuate the positive.** Your résumé should present your professional background in the most positive manner. Use strong, confident language to describe your achievements. For example, "As the chief manufacturing engineer, I redesigned our assembly line process, cutting production time by 20 percent and this increased profits by project sector by 15 percent." Or, "As senior account supervisor, I brought in seven new clients and increased existing client business by 25 percent. These efforts boosted the agency's profitability by more than 15 percent over the previous year."

**Use action-oriented language.** Words such as directed, established, created, designed, produced and developed are effective when trying to promote yourself. Think of your résumé as a sales piece for your most important product — you!

⑤

**Less is more.** Never include age, height, weight, marital status and other extraneous details that will distract from the critical content. Military service is important only if it's related directly to the position you are seeking. Salary requirements aren't appropriate, either. This is usually discussed at the interview stage.

**Perfection counts.** It may take several drafts to turn your résumé into your ideal sales tool. Examine your first draft carefully, then refine it. Proofread it carefully. Have someone else proofread it, too. Get another opinion on its content and presentation. Now make sure it answers "yes" to the following important questions:

- Does it effectively describe your background?
- Does it highlight your strong points and accomplishments?
- Is it honest and accurate?
- Is it complete, yet concise?
- Is the format clean and attractive?
- Is it a successful sales piece?
- Does it focus on your value to your other employers?
- Does it make you stand out from the crowd?



DSS 06126

**Sample Résumé**

Pat W. Jones
678 Ninth Avenue
Phoenix, Arizona 85016
602.555.6789

**PROFESSIONAL**
**EXPERIENCE**
**1990 – Present**

USA PRODUCTS, Phoenix, Arizona

*Manager, Operations, Planning & Development (1993-Present)*

Responsible for the design/implementation of the manufacturing strategy involving the integration of technical systems. Directed the Employee Empowerment process, which involved three direct reports and 1,800 union employees.
- Implemented innovative organization structures and systems resulting in a 30 percent increase in plant capacity and a 10 percent improvement in productivity/effectiveness.
- Compressed manufacturing cycle time by 50 percent through J.I.T. and improved material flow techniques.
- Researched and initiated an Employee Empowerment plan with self-directed work teams and a compensation/reward system with incentives for productivity, quality and effectiveness.

*Plant Controller (1990-1993)*

Managed a staff of 20 in all company accounting functions, including cost management, capital budgeting, inventory management, financial planning and general accounting ($300 million in sales).
- Reduced $750,000 of nonvalue-added cost in product line through a proactive approach involving cost accounting early in the product design phase.
- Reorganized Accounting Department staff and responsibilities to provide proactive financial data, analytical interpretations and recommended strategies for a world-class manufacturing environment.

**1982 – 1990**

GOODMAN TIRE AND RUBBER COMPANY, Akron, Ohio

*Plant Accountant, General Products Division (1986-1990)*

Responsible for reporting, processing and controlling costs, related to $15 million cast film operation, including reporting and forecasting monthly P&L statements, analyzing corporate allocated charges, distributing costs to product lines and posting actual expenses to the general ledger.
- Reduced operating costs by $120,000 annually. Improved cash flow performance by $400,000 through critically evaluating direct costs and corporate allocations.
- Utilized SAS, CA Planner, EASY CALC and MEGA CALC programs to streamline work activity.

*Accountant, Corporate Accounting (1983-1986)*

Responsible for administering capital budget system, book of capitalized interest, publishing cost audit and three-year plan for capital projects. Designed new accounting systems using SAS programming that reduced clerical activity.

*Junior Accountant (1982-1983)*

Prepared monthly capital budget report for the board of directors and executive management.

**EDUCATION &**
**TRAINING**

B.S. Finance, University of Michigan, Ann Arbor, Michigan, 1982
MRP II/J.I.T. Oliver Wight Program
Employee Empowerment Workshop

DSS 06127

(8)

## Interview Prep

Once your Dunhill Staffing Systems representative schedules an interview for you with a prospective employer, it is important that you be well prepared. Good preparation instills confidence, and boosts your ability to conduct an impressive interview and eventually receive an offer.

We're back to the strategy of "selling yourself." You may be a master in your chosen profession — absolutely brilliant in your job performance. But if your interview style is perceived to be less than dazzling, the position will go to someone with stronger interviewing skills.

### Do the Research

Learning about the prospective employer before the interview will enable you to prepare your strengths and achievements effectively, and increase your odds for getting the job.

It's no surprise that people are pleased when you are aware of who they are and what they do. Know the nature of their business, office locations, all their divisions and number of employees. Using the Internet, this advance research should be simple. If the company is publicly held, check its Dun and Bradstreet listing or Moody's Directory at the local library. These reference resources can provide comprehensive background information.

Make a list of questions to ask during the interview. Remember, the interview is an exchange between you and the interviewer. Be prepared to answer and ask pertinent questions. Through this interactive process, you will discover whether the position provides the compensation and opportunities for advancement you desire.

(9)

Probing questions you can ask may include:

- What are the position's primary responsibilities? (Compare with the information provided by your Dunhill representative.)
- Why is the position available? Newly created, vacated, termination?
- What type of learning curve is expected? Who will train you in the new position? How long?
- What are you looking for in the person you hire for this position?
- Who else will you interview? (If anyone)
- How soon do you expect to make a decision?

### Be Alert

During your interview, you'll be asked a wide variety of questions. Be prepared for some surprises and, maybe, some curve balls.

Anticipate the following:

- What are your professional goals?
- What do you know about this company?
- What is your major weakness?
- What has been your favorite responsibility in previous positions?
- Tell me about your last boss — how was he/she to work for?
- Are you willing to relocate?
- Why should we hire you?

### Seize the Opportunity

If your résumé reflects "job hopping," you'll probably be asked about this. A positive explanation is both plausible and appropriate. Stress the attractive/beneficial aspects of each move. Better opportunity. Higher salary. Office close to home. Flexible time was offered.

(10)

Keep the focus on seizing the opportunity, without appearing to lack loyalty or dedication. Tough, but it can be done.

You may be asked about the worst position or boss you've had. It's always best to phrase your answer positively. For instance, if a previous supervisor tended not to follow through or delegate well, you should emphasize that you learned to get the information you needed to accomplish the task.

You may be asked about your ability to deal with stress and conflict. A good response to this type of question might be: "During any long-term working situation conflicts inevitably occur, but good communications can resolve problems to everyone's satisfaction." Explain that stress can be part of everyday life in a work environment. Mention practical ways that you alleviate stress through exercise, hobbies, community involvement, life balance, etc.

We don't live in a perfect world. But when it comes to interviewing, the fewer negatives, the better. If you've had an unpleasant boss in the past or the company's work environment was difficult, it's best left unsaid or neutralized.

Also, try to avoid salary discussions during the first interview. Your Dunhill Staffing Systems representative will coach you on the difficult salary questions throughout the interview process.

(11) 

## The Interview

Once your Dunhill Staffing Systems representative has secured an interview for you, it's up to you to sell yourself to the prospective employer. As a result of your diligent preparation and rehearsal, you should feel confident and prepared for your interview presentation.

Here are a few things to keep in mind before and during the interview:

- Your physical appearance is as important, initially, as your interviewing skills and credentials. Dress attractively, but conservatively, even if you tend to be more flamboyant normally. Men should wear well-tailored, solid-colored suits, preferably dark blue or gray; solid neutral shirts; striped or solid-colored ties; dark, well-polished shoes; solid black or navy socks. And, don't forget to get a good haircut. Women should wear business suits or tailored dresses with jackets; medium-heeled, closed pumps; and hose in a neutral color. Avoid frivolous jewelry and have your hair done in a conservative style. Remember, first impressions count.

- Be punctual. Arriving five or ten minutes early is fine, but no earlier. It appears to be putting pressure on your interviewer. If it seems you'll be late, even if it's only five or ten minutes, be sure to call with an explanation. If it's feasible, make a test run to the interview location before your meeting. Check out the parking facilities, correct entrance to the office, etc. And, if your interview is during rush hour, allow for extra travel time.

- If you complete an application before the interview, remember that salary shouldn't be discussed until after an offer is made or is imminent. Leave that section blank.

- When the interviewer greets you, offer a smile, a firm handshake (not a knuckle breaker, of course) and look him/her straight in the eye. Making eye contact establishes your confidence.
- Elaborate. Your résumé is the "sales tool" that got you the interview. The interview is your opportunity to expand upon your résumé information and sell yourself. Say enough to get your point across without overanswering.
- Don't inquire about benefits (vacation time, benefit plans, bonuses, etc.) during the first interview. You should concentrate your discussion on the position's responsibilities and future growth potential. The interviewer will mention benefits when he/she feels it is appropriate.
- If you're offered the position and it meets with your expectations, accept it! If you're ambivalent, don't refuse the offer outright. Thank the interviewer(s) enthusiastically and ask for some time to consider. This will give you some time to think about it and to discuss some of your concerns with your Dunhill consultant. Your Dunhill representative can often negotiate in your favor on conditions that might prevent you from accepting the offer.
- If you're not offered the position at the interview, be realistic. Frequently, other people must be consulted before the offer is extended. Or, the hiring official may want to discuss your candidacy further with your Dunhill representative. Also, other candidates may be scheduled for interviews, and the hiring official may want to complete that process before making a decision.

### Send A Follow-up Letter Immediately

After your interview, follow up immediately with a letter to the interviewer(s). Whether you've been offered the position or are still under consideration, this serves to strengthen your position in terms of professionalism.

The letter should convey thanks for the opportunity to interview, plus emphasize your enthusiasm for the position and the company. Include any thoughts about the position's responsibilities and what contributions you can make that may or may not have been discussed during the interview.

Close your correspondence by stating that you look forward to further discussion about the opportunity. If a second interview was mentioned, say that you'll follow up with a phone call within a couple of days to schedule that meeting. Mail your letter the same day or the day after your interview.

In addition to composing your thank you note, it is very important to contact your Dunhill Staffing Systems consultant. He or she has been doing most of the legwork for you, up until the interview stage. Immediately after the interview, call your Dunhill representative to provide comprehensive feedback on how the interview went. This will give your Dunhill representative an accurate recap to help strategize a follow-up approach with the hiring official.

Your Dunhill representative will continue to coordinate the hiring process by arranging any subsequent interviews, salary negotiation and relocation requirements, establishing a starting date and resolving any open points in terms of questions on either side of the process.

Now you're ready to engage in the interview process. The key to your success is preparation. Dunhill will handle the opening and closing of this process for you. But only you can provide – and sell – your greatest assets to the prospective employer. Be confident. Take control. Enjoy the moment. You are prepared for a successful interview and an exciting new career opportunity.

## Mission Statement

We, the members of the Dunhill family of companies, are dedicated to providing quality professional search and staffing services. We pledge to meet the needs and to exceed the expectations of our internal and external customers through the process of continuous improvement.

Visit **www.dunhillstaff.com**

  

NTSA
National Technical
Services Association

**Dunhill® Staffing Systems**

DSS 06131