## AFFIDAVIT OF SERVICE BY HAND DELIVERY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of The Arbitration of certain : 
Controversies Between :
 :
DUNHILL FRANCHISEES TRUST, : ECF CASE
           Petitioner, : Case No. : 07-CV-6940 (VM)
 :
v. :
 :
DUNHILL STAFFING SYSTEMS. INC., :
           Respondent. :
 :

---

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

HARRY ORTIZ, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Bronx, New York.

On Monday, August 13, 2007, I served the annexed *Notice of Motion with Affidavit of Jeffrey H. Wolf and exhibits* and *Memorandum In Support Of Motion To Vacate Arbitration Award,* dated August 10, 2007, by hand delivery to:

> Richard L. Rosen, Esq.
> The Richard L. Rosen Law Firm, PLLC
> 110 East 59th Street, 23rd Floor
> New York, New York 10022
> Tel.: (212) 644-6644

The respective addresses designated by said attorneys for said purpose.

                                                                        HARRY ORTIZ

Sworn to before me this
13th day of August 2007

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010

IA 179710138v1 8/10/2007