# Greenberg Traurig

Kenneth A. Lapatine
Tel. (212) 801-3199
Fax (212) 801-6400
lapatinek@gtlaw.com

August 9, 2007

**VIA FAX (212-805-6382)**

Honorable Victor Marrero
United States District Court
Southern District of New York
40 Foley Square, Room 414
New York, New York 10007-1581

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-13-07
```

Re:   *Dunhill Franchisees Trust v. Dunhill Staffing Systems, Inc.* 07 CV. 6940 (VM)

Dear Judge Marrero:

We are counsel for the Respondent Dunhill Staffing Systems, Inc.("Dunhill") in the above-entitled matter which was removed from the New York State Supreme Court, New York County, to the Southern District of New York on August 2, 2007 and assigned to you. We are E-filing a motion to vacate an arbitration award tomorrow, Friday August 10th. We request leave to file selected exhibits in hard copy only as opposed to electronic filing as we have been advised by the Help Desk that no one filing can exceed 15 megabytes. Our exhibits to the supporting declaration which must be filed as one document, will be approximately 200 megabytes. Since this is not acceptable to the filing system we request permission to file the voluminous exhibits relating to the thirteen days of arbitration hearing, the franchise agreements and the uniform franchise offering circulars, in paper copy only with the clerk's office. All other exhibits can be electronically filed.

Respectfully,

Kenneth A. Lapatine

cc:   Richard L. Rosen, Esq.
      Attorney for Petitioner
      (via fax)

> Request GRANTED. Respondent Dunhill Staffing Systems, Inc. may file selected exhibits as set forth above in hard copy.
>
> **SO ORDERED:**
> 8-13-07
> DATE          VICTOR MARRERO, U.S.D.J.

NY 238501117v1 8/9/2007
Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com