UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration of certain
Controversies Between

DUNHILL FRANCHISEES TRUST,

        Petitioner,

v.

DUNHILL STAFFING SYSTEMS, INC.

        Respondent.

---

Case No.: 07-CV-6940 (VM)

**AFFIDAVIT OF SERVICE
BY OVERNIGHT DELIVERY**

STATE OF NEW YORK   )
                               ) ss.
COUNTY OF NEW YORK  )

      Leonard S. Salis, being duly sworn, deposes and says deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York.

      On Monday, August 27, 2007, deponent served the annexed Affidavit of Richard L. Rosen and exhibits and Memorandum of Law in Opposition to Respondent's Motion to Vacate the Arbitration Award, dated August 27, 2007, in the above-captioned action via Federal Express (overnight delivery service) to the address as listed below:

                        Kenneth Lapatine, Esq
                        Greenberg Traurig, LLP
                        200 Park Avenue
                        New York, New York 10166

                                                  _/s/ Leonard S. Salis_
                                                  Leonard S. Salis

Sworn to before me this
28th day of August, 2007

_/s/ Candace Foster_
Notary Public

        CANDACE FOSTER
  NOTARY PUBLIC - STATE OF NEW YORK
        NO. 01-FO6143275
    QUALIFIED IN NEW YORK COUNTY
  MY COMMISSION EXPIRES APRIL 3, 2010