# AMERICAN ARBITRATION ASSOCIATION
## COMMERCIAL ARBITRATION RULES
### DEMAND FOR ARBITRATION

*MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you would like the AAA to contact the other parties to determine whether they wish to mediate this matter, please check this box. ☐ There is no additional administrative fee for this service.*

| TO: Name | Name of Representative (if known) | Name of Firm (if applicable) |
|---|---|---|
| Dunhill Franchise Trust | Robert L. Purvin, Jr. | |
| Address | Representative's Address | |
| | P.O. Box 81887 | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | San Diego | CA | 92138 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| | | (619) 209-3775 | (619) 209-3777 |

The named claimant, a party to an arbitration agreement contained in a written contract, dated See Exhibit B attached, providing for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

IS THIS A DISPUTE BETWEEN A BUSINESS AND A CONSUMER?    Yes ☐   No ☒

**THE NATURE OF THE DISPUTE**
Breach of contract based on unpaid royalties and related claims.

**THE CLAIM OR RELIEF SOUGHT** (the Amount, if Any)
See Exhibit A attached for description of claims and identification of all respondents.

DOES THIS DISPUTE ARISE OUT OF AN EMPLOYMENT RELATIONSHIP?    YES ☐   No ☒

IF THIS DISPUTE ARISES OUT OF AN EMPLOYMENT RELATIONSHIP, WHAT WAS/IS THE EMPLOYEE'S ANNUAL WAGE RANGE? Note: this question is required by California law.
☐ Less Than $100,000    ☐ $100,000 - $250,000    ☒ Over $250,000

**TYPES OF BUSINESS**
Claimant  Employment Staffing        Respondent  Dunhill franchisee

**HEARING LOCALE REQUESTED**
You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association at its  New York  office, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within fifteen days after notice from the AAA.

| Signature (may be signed by a representative) | Title | Date |
|---|---|---|
| [signature] | Attorney | 6/23/04 |

| Name of Claimant | Name of Representative | Name of Firm (if Applicable) |
|---|---|---|
| Dunhill Staffing Systems, Inc. | Jeffrey H. Wolf | Greenberg Traurig, LLP |
| Address (to Be Used in Connection with This Case) | Representative's Address | |
| | 2375 E. Camelback Rd., Ste. 700 | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | Phoenix | AZ | 85016 |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| | | (602) 445-8410 | (602) 445-8100 |

TO BEGIN PROCEEDINGS, PLEASE SEND TWO COPIES OF THIS DEMAND AND THE ARBITRATION AGREEMENT, WITH THE FILING FEE AS PROVIDED FOR IN THE RULES, TO THE AAA. SEND THE ORIGINAL DEMAND TO THE RESPONDENT.

## EXHIBIT A
### Demand for Arbitration

Dunhill Staffing Systems, Inc. demands arbitration for disputes with the Dunhill Franchisees Trust (consisting of 18 franchisees) and others. Below is the list of those franchisees that are part of the Dunhill Franchisees Trust. Also listed are those individual franchisees who Dunhill demands arbitration against.

**Claims Legend:**
(A) Unpaid Royalties/amount excludes penalties, interest, or 1% National Advertising
(B) Trademark infringement
(C) Breach of restrictive covenant (possibly in competition)
(D) Non-submission or possible underreporting of royalties
(E) Refusal of audit or insufficient audit information supplied
(F) Unpaid notes receivable

**Dunhill Franchisees Trust:**

| Franchisee | Claims: |
| --- | --- |
| Harvey Auger<br>P.O. Box 78648<br>Charlotte, NC 28271-7037 | D |
| Lelia and Jay Babson<br>975 Walnut Street<br>Suite 260<br>Cary, NC 27511-4268 | A |
| Mark Zorof<br>P.O. Box 4165<br>Alpharetta, GA 30023 | A, D |
| Marsha Simpkins<br>P.O. Box 547<br>Charleston, WV 25322-0547 | A, D, E |
| Michael Green<br>4015 Executive Park Drive, #240<br>Cincinnati, OH 45241-4017 | B, C, D |
| Jess Montalvo<br>4455 S. Padre Island Drive, #102<br>Corpus Christi, TX 78411-5101 | A, C, D |
| Bud Westover<br>P.O. Box 24297<br>Forth Worth, TX 76124 | C, D |
| Duke Haynie, CPC<br>96 Villa Road<br>Greenville, SC 29615-3052 | D |
| Michael Lamanna<br>15375 Barranca Parkway, Ste. K-104 | D, F |

phx-srv01\1453182v01

| | |
|---|---|
| Irvine, CA 92618 | |
| Mark Lickteig<br>801 E. 20th Street<br>Joplin, MO 64804-8219 | D |
| John Tierney<br>3732 Mt. Diablo Blvd, #375<br>Lafayette, CA 94549-3605 | A |
| Elaine and Ron Gregory<br>P.O. Box 196893<br>Winter Springs, FL 32719-6893 | A |
| James S. Gunnin<br>P.O.Box 1119<br>Rockport, TX 78381 | D |
| Curtis Reid<br>7666 East 61st<br>Suite 120<br>Tulsa, OK 74133 | D |
| Anthony Desiderio, CPC<br>49 South Main Street<br>Pittston, PA 18640 | A, C |
| Tony and Karen Russo<br>46 E. Trenton Avenue<br>Yardley, PA 19067 | B, C, D, E |
| Fran Boruff<br>P.O. Box 488<br>Niwot, CO 80544-0488 | C, D |
| Elias Zinn and Michael Wilcoxson<br>11259 SW Freeway<br>Houston, TX 77031 | D |

**Individual Franchisees:**

| | |
|---|---|
| David Bontempo<br>801 West Street Road<br>Feasterville, PA 19053-7335 | C, D |
| Neil Whitman<br>1470 Ben Sawyer Blvd, #16<br>Mt. Pleasant, SC 29464 | D |
| Robert Bahr<br>206A Main Street<br>Festus, MO 63028-1907 | A, D, F |
| Joseph Lawless, CPC<br>775 Park Avenue, Suite 200-1<br>Huntington, NY 11743-3990 | C, D |
| Robert Morris<br>41 Mohegan Lane | B, C, D |

phx-srv01\1453182v01

| | |
|---|---|
| Rye Brook, NY 10573-1431 | |
| Peter Kramer<br>P.O. Box 48884<br>Tampa, FL 33647 | B, C, D |
| Willie Miska<br>1415 Queen Anne Road<br>Suite 202<br>Teaneck, NJ 07666-3521 | A, B, C, D, E |
| Richard Hanson<br>770 East Market Street<br>Suite 185<br>West Chester, PA 19382 | D, E |

phx-srv01\1453182v01