FEB-26-2001 MON 10:41 AM                    FAX NO.                    P. 01

F: 949-858-7392

# Dunhill Professional Search of Irvine, California - Year 1
## Michael Lamanna, President

### Conservative Case

| | MO_1 | MO_2 | MO_3 | MO_4 | MO_5 | MO_6 | MO_7 | MO_8 | MO_9 | MO_10 | MO_11 | MO_12 | EOY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE - CARRYOVER** | | | | | | | | | | | | | |
| President | 0 | 0 | 0 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 147,600 |
| Consultant 1 | 0 | 0 | 0 | 0 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 82,000 |
| Consultant 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,400 | 16,400 | 16,400 |
| Consultant 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consultant 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL REVENUE** | 0 | 0 | 0 | 16,400 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 24,600 | 41,000 | 41,000 | 246,000 |
| **EXPENSES** | | | | | | | | | | | | | |
| Consultant 1 Comp | 0 | 0 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 23,000 |
| Consultant 2 Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,050 | 4,050 | 8,400 |
| Consultant 3 Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consultant 4 Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Comp | 1,000 | 2,000 | 2,000 | 2,000 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 6,100 | 6,100 | 40,500 |
| Hospital/Insurance | 400 | 400 | 600 | 600 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 8,400 |
| Payroll/Other tax(es) | 120 | 240 | 480 | 480 | 726 | 726 | 726 | 726 | 966 | 966 | 1,458 | 1,458 | 9,072 |
| Advertising | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Dues/Subscriptions | 50 | 50 | 100 | 100 | 100 | 100 | 100 | 100 | 150 | 150 | 150 | 150 | 1,300 |
| Equipment/Misc. | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Office Supplies | 75 | 75 | 150 | 150 | 150 | 150 | 150 | 150 | 225 | 225 | 225 | 225 | 1,950 |
| Professional Services | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Rent/Utilities | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Telephone | 800 | 800 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,600 | 1,600 | 1,600 | 1,600 | 15,200 |
| Travel and Entertainment | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 4,200 |
| Misc. Expenses | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| **TOTAL EXPENSES** | 6,120 | 7,240 | 10,205 | 12,701 | 12,701 | 12,701 | 12,701 | 12,701 | 15,466 | 15,466 | 20,058 | 20,058 | 155,622 |
| ProfitCarryover | -6,120 | -7,240 | -10,205 | 6,195 | 11,899 | 11,899 | 11,899 | 11,899 | 9,134 | 9,134 | 20,942 | 20,942 | 40,500 |
| Loan/Debt Service | 0 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| **NET PROFIT - CARRYOVER** | -6,120 | -8,740 | -11,705 | 4,695 | 10,399 | 10,399 | 10,399 | 10,399 | 7,634 | 7,634 | 19,442 | 19,442 | 73,878 |

*Additional Footnotes:*
*Excludes owners start-up capitalization*
*Excludes owners compensation*

DUNHILL/LAMANNA
003664

FEB-26-2001 MON 10:41 AM    FAX NO.    P. 02

## Dunhill Professional Search of Irvine, California - Year
### Micheal Lamanna, President

### Expected Case

| | MO. 1 | MO. 2 | MO. 3 | MO. 4 | MO. 5 | MO. 6 | MO. 7 | MO. 8 | MO. 9 | MO. 10 | MO. 11 | MO. 12 | EOY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE - CARRYOVER** | 0 | -9,880 | -21,260 | -10,736 | -212 | 7,572 | 15,306 | 34,528 | 53,750 | 72,972 | 92,194 | 111,416 | 164,000 |
| President | 0 | 0 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 16,400 | 164,000 |
| Consultant 1 | 0 | 0 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 131,200 |
| Consultant 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 8,200 | 49,200 |
| Consultant 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consultant 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL REVENUE** | 0 | -9,880 | 3,340 | 13,864 | 24,388 | 32,172 | 56,306 | 75,528 | 94,750 | 113,972 | 133,194 | 152,416 | 344,400 |
| **EXPENSES** | | | | | | | | | | | | | |
| Consultant 1 Comp | 2,000 | 2,000 | 4,050 | 4,050 | 4,050 | 4,050 | 6,100 | 6,100 | 6,100 | 6,100 | 6,100 | 6,100 | 56,800 |
| Consultant 2 Comp | 0 | 0 | 0 | 0 | 2,000 | 2,000 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 4,050 | 28,300 |
| Consultant 3 Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Consultant 4 Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Comp | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 24,000 |
| Hospital/Insurance | 400 | 400 | 800 | 800 | 800 | 800 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,000 |
| Payroll/Other tax(es) | 480 | 480 | 726 | 726 | 966 | 966 | 1,578 | 1,578 | 1,578 | 1,578 | 1,578 | 1,578 | 13,812 |
| Advertising | 125 | 125 | 125 | 125 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,700 |
| Dues/Subscriptions | 100 | 100 | 100 | 100 | 100 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,550 |
| Equipment/Misc. | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 1,500 |
| Office Supplies | 150 | 150 | 150 | 150 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 2,400 |
| Professional Services | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Rent/Utilities | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Telephone | 1,200 | 1,200 | 1,200 | 1,200 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 1,600 | 17,600 |
| Travel and Entertainment | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 350 | 0 |
| Misc. Expenses | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| **TOTAL EXPENSES** | 9,880 | 9,880 | 12,576 | 12,576 | 15,316 | 15,366 | 20,278 | 20,278 | 20,278 | 20,278 | 20,278 | 20,278 | 197,262 |
| Profit/Carryover | -9,880 | -19,760 | -9,236 | 1,288 | 9,072 | 16,806 | 36,028 | 55,250 | 74,472 | 93,694 | 112,916 | 132,138 | |
| Loan/Debt Service | 0 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |
| **NET PROFIT - CARRYOVER** | -9,880 | -21,260 | -10,736 | -212 | 7,572 | 15,306 | 34,528 | 53,750 | 72,972 | 92,194 | 111,416 | 130,638 | 130,638 |

*Additional Footnotes:*

*(Includes) owners start-up capitalization*
*(Excludes) owners compensation*

DUNHILL/LAMANNA
003665