# DUNHILL FRANCHISEES TRUST (Revised - 1/11/07)

## CLAIMED DAMAGES - RESPONDENTS: HARVEY AUGER, MICHAEL LAMANNA, BUD WESTOVER, and ELIAS ZINN & MICHAEL WILCOXSON

| Franchisees | Franchisees Investments ||||  Total Investments | Interest on Investment Est. @ 6% per year through 12/31/06 | Royalties Paid | Ad Fund Fees Paid | Lost Earnings (Through 12/31/06) | Attorneys' Fees | Punitive Damages | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Franchise Fee | Add. Capital Inv. (through 1/5/07) | Relocation Expenses | Other | | | | | | | | |
| AUGER | 38,000.00 | 122,000.00 | 20,000.00 | 95,000.00* | 275,000.00 | 75,000.00 | 17,360.00 | 2,480.00 | 1,200,000.00 | 125,000.00 | 500,000.00 | 2,194,840.00 |
| LAMANNA | 36,200.00 | 115,870.00 | | | 152,070.00 | 35,715.00 | 16,065.00 | 2,295.00 | 825,000.00 | 125,000.00 | 500,000.00 | 1,656,145.00 |
| WESTOVER | 55,000.00 | 724,621.89 | | | 779,621.89 | 149,373.01 | 2,718.68 | 388.38 | 292,500.00 | 125,000.00 | 500,000.00 | 1,849,601.90 |
| ZINN/WILCOXSON Perm | 38,000.00 | 240,000.00 | | | 293,000.00 | 95,700.00 | 18,645.08 | 2,101.08 | 574,000.00 (Lost Earnings are attributable to Elias Zinn) | 125,000.00 | 500,000.00 | 1,608,446.10 |
| Temp | 15,000.00 | | | | | | | | | | | |
| | | | | | | | | | | | Total | $7,309,032.10 |

* Unrecovered medical expenses resulting from heart attack and heart surgery

DUNHILL/FRANCHISEES 00057 (Revised) 8