# THE RICHARD L. ROSEN LAW FIRM, PLLC
ATTORNEYS AT LAW
110 East 59th Street
23rd Floor
New York, New York 10022
(212) 644-6644

FACSIMILE (212) 644-3344
WWW.ROSENLAWPLLC.COM

RICHARD L. ROSEN

LEONARD S. SALIS

KENNETH L. LEIBY, JR.°
CORY COVERT
COUNSEL

°MEMBER NY AND NJ BARS

April 30, 2007

**VIA OVERNIGHT MAIL**
Jeffrey H. Wolf, Esq.
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

    Re:    AAA Case No.: 13 459 01674 04
               **Dunhill Staffing Systems, Inc. and Dunhill Franchisees Trust, et al.**

Dear Jeff:

    We are enclosing our Submission Binder #2 which includes the case law and statutory authority cited in Counterclaimants' brief as well Counterclaimants' Schedules of Damages and various invoices/statements and related schedules.

Very truly yours,

Leonard S. Salis

LSS:cf/Enc.
cc: Michael D. Friedman, Esq. (via facsimile w/o enclosures)
    Jennifer Eltahan (via facsimile w/o enclosures)
    Trustees, Dunhill Franchisees Trust



**Delivery Service Invoice**

Invoice date   May 5, 2007
Invoice number   00004036W7187
Shipper number   4036W7
Page  1 of 3

*paid ck*
*1955 5/12*

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

or visit ups.com

or write:
UPS
P.O. Box 650580
Dallas, TX 75265-0580

#BWNCWNG#
#0720A00004036W75#   77345100005415
AV 01 001503 87601 H 7 A**5DGT

THE RICHARD L ROSEN LAWFIRM
110 E 59TH ST FLR 23
NEW YORK, NY 10022-1330

### Incentive Savings

| | |
|---|---|
| Total incentive savings this period | $ 9.26 |

Your amount due this period includes these savings.
See incentive summary section for details.

### Account Status Summary
### Weekly Payment Plan

| | |
|---|---|
| Amount Due This Period | $ 62.02 |
| Amount Outstanding (prior invoices) | $ 0.00 |
| Total Amount Outstanding | $ 62.02 |

**Paperless billing options**

Choosing an electronic UPS billing option can save you time. And, in the spirit of Arbor Day, a paperless invoice can save a lot of trees! We offer several choices, including a simple, yet secure PDF to more complex options that allow you to view, sort, reconcile and even pay your invoices online. We will walk you through all the different options at ups.com/billingdemo.

*Thank you for using UPS.*
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | Outbound | |
| 3 | UPS Internet Shipping | $ 62.02 |
| Amount due this period | | $ 62.02 |

UPS payment terms require payment of this bill by May 16, 2007.

Payments not received by May 30, 2007 are subject to a late fee of 5% of the Amount Due This Period. (Details in UPS Tariff, available at ups.com)

*Note: This invoice may contain a fuel surcharge as described at ups.com. The current fuel surcharge is 3.5% for UPS Ground Services and 10.0% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.*

**Delivery Service Invoice**

Invoice date **May 5, 2007**
Invoice number  00004036W7187
Shipper number  4036W7
Page  3 of 3

## Outbound

### UPS Internet Shipping

| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 04/30 | 1Z4036W70199627221 | Next Day Air Commercial | 85016 | 108 | 10 | 64.80 | -8.42 | 56.38 |
|  |  | Fuel Surcharge |  |  |  | 6.48 | -0.84 | 5.64 |
|  |  | Total |  |  |  | 71.28 | -9.26 | 62.02 |

**1st ref** : Dunill
**Sender** : Candace Foster
  The Richard L. Rosen Law Firm, PLLC
  110 E. 59th Street
  New York NY 10022

**UserID** : msfoster79
**Receiver**: Jeffrey H. Wolf, Esq
  Greenberg Traurig, LLP
  2375 East Camelback Road
  PHOENIX AZ 85016

| | | |
|---|---|---|
| Total for Internet-ID: msfoster79 | 71.28 | -9.26 | 62.02 |
| **Total UPS Internet Shipping** — 1 Package(s) | 71.28 | -9.26 | 62.02 |
| **Total Outbound** — 1 Package(s) | 71.28 | -9.26 | 62.02 |