# Greenberg Traurig

Mark H. Budoff
Tel. (212) 801-3162
Fax (212) 801-6400
budoffm@gtlaw.com

August 31, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-07

VIA FAX   212 805-6382

212-805-6374

Richard L. Rosen, Esq.
The Richard L. Rosen Law Office, PLLC
110 East 59th Street, 23rd floor
New York, New York 10022

Re:   *Dunhill Franchisees Trust v. Dunhill Staffing Systems, Inc.*, 07-CV-6940 (VM)

Dear Mr. Rosen:

This is to confirm your agreement that we may have an extension from Tuesday, September 4, 2007 to the end of Wednesday, September 5, to serve our Reply papers in connection with Dunhill's motion to vacate the arbitration award.

Thank you for your courtesies in granting this extension.

Very Truly Yours,

Mark H. Budoff

SO ORDERED: 4 September 2007

Hon. Victor Marrero

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH*

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400      www.gtlaw.com