**AFFIDAVIT OF SERVICE BY HAND DELIVERY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of The Arbitration of certain :
Controversies Between                       :
                                            :
DUNHILL FRANCHISEES TRUST,                  :   ECF CASE
                    Petitioner,             :   Case No. : 07-CV-6940 (VM)
                                            :
v.                                          :
                                            :
DUNHILL STAFFING SYSTEMS. INC.,             :
                    Respondent.             :
                                            :

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

SERENA BOSCIA MONTALBANO, being duly sworn, deposes and says:

I am not a party to this action, I am over 18 years of age and reside in Manhattan, New York.

On Wednesday, September 5, 2007, the annexed *Reply Memorandum In Support Of Motion To Vacate Arbitration Award and Supplemental Affidavit of Jeffrey H. Wolf and exhibit*, were served by hand delivery to:

> Richard L. Rosen, Esq.
> The Richard L. Rosen Law Firm, PLLC
> 110 East 59th Street, 23rd Floor
> New York, New York 10022
> Tel.: (212) 644-6644

The respective addresses designated by said attorneys for said purpose.

_____
SERENA BOSCIA MONTALBANO

Sworn to before me this
5th day of September 2007

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010