UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration of certain
Controversies Between

DUNHILL FRANCHISEES TRUST,

        Petitioner,

v.

DUNHILL STAFFING SYSTEMS, INC.

        Respondent.

Case No.: 07-CV-6940 (VM)

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of the undersigned as counsel in this case for Petitioner Dunhill Franchisees Trust.

The undersigned certify that they are admitted to practice in this court.

Dated: New York, New York
      September 12, 2007

Richard L. Rosen (RR-3114)
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, New York 10022
(212) 644-6644
(212) 644-3344 (fax)
rlr@rosenlawpllc.com

Leonard S. Salis (LS-0836)
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, New York 10022
(212) 644-6644
(212) 644-3344 (fax)
lss@rosenlawpllc.com