USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DUNHILL FRANCHISEES TRUST,

                Petitioner,

    -against-

DUNHILL STAFFING SYSTEMS, INC.,

                Respondent.
-------------------------------------------------------------X

07 CIVIL 6940 (VM)

**JUDGMENT**

        Respondent having moved to vacate an arbitration award and petitioner having moved to confirm the arbitration award, and the matter having been brought before the Honorable Victor Marrero, United States District Judge, and the Court, on October 29, 2007, having issued its Decision and Order denying respondent's motion to vacate the award and granting petitioner's motion to confirm the award, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 29, 2007, respondent's motion to vacate the award is denied and petitioner's motion to confirm the award is granted; accordingly, the case is closed.

**Dated:** New York, New York
         October 29, 2007

                                          **J. MICHAEL MCMAHON**
                                            Clerk of Court
        BY:
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____