GREENBERG TRAURIG, LLP
Kenneth Lapatine (KL 3985)
Mark Budoff (MB 7069)
GREENBERG TRAURIG, LLP
200 Park Avenue 15th Floor
New York, New York 10166
(212) 801-9200

*Attorneys for Dunhill Staffing Systems, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
In the Matter of The Arbitration of Certain
Controversies Between                                            :         ECF CASE
:
DUNHILL FRANCHISEES TRUST                            :         Case No.: 07-CV-6940 (VM)
                                    Petitioner,
:         **NOTICE OF APPEAL**
   - against -                                                           :
:
DUNHILL STAFFING SYSTEMS, INC.
                                    Respondent.              :
:
-------------------------------------------------------------------X

Notice is hereby given that Respondent Dunhill Staffing Systems, Inc. ("Dunhill") hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order dated October 29, 2007, and Judgment entered thereon, denying Respondent's motion to vacate the Arbitration Award dated May 25, 2007, and granting Petitioner's motion to confirm the award.

Dated: New York, New York
November 13, 2007

GREENBERG TRAURIG, LLP

By: _____
Kenneth Lapatine (KL 3985)
Mark Budoff (MB 7069)
GREENBERG TRAURIG, LLP
200 Park Avenue 15th Floor
New York, New York 10166
(212) 801-9200
*Attorneys for Respondent*