UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration of certain
Controversies Between

DUNHILL FRANCHISEES TRUST,

        Petitioner,

v.

DUNHILL STAFFING SYSTEMS, INC.

        Respondent.

Case No.: 07-CV-6940 (VM)

---

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of the undersigned as counsel in this case for Petitioner Dunhill Franchisees Trust.

I certify that I am admitted to practice in this court.

Dated: New York, New York
      November 30, 2007

                                                   Richard L. Rosen (RR-3114)
                                                   The Richard L. Rosen Law Firm, PLLC
                                                   110 East 59th Street, 23rd Floor
                                                   New York, New York 10022
                                                   (212) 644-6644
                                                   (212) 644-3344 (fax)
                                                   rlr@rosenlawpllc.com