UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DUNHILL FRANCHISEES TRUST,
          Petitioner,

    -against-                                  07-CIVIL-6940 (VM)

DUNHILL STAFFING SYSTEMS, INC.           **AMENDED JUDGMENT**
          Respondent.
------------------------------------------------------------X

    Respondent having moved to vacate an arbitration award and petitioner having moved to confirm the arbitration award, and the matter having been brought before the Honorable Victor Marrero, United States District Judge, and the Court, on October 29, 2007, having issued its Decision and Order denying respondent's motion to vacate the award and granting petitioner's motion to confirm the award, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 29, 2007, respondent's motion to vacate the award is denied and petitioner's motion to confirm the award is granted; that petitioner, DUNHILL FRANCHISEES TRUST, does recover of the respondent, DUNHILL STAFFING SYSTEMS, INC., the sum of $2,296,673.12, together with interest accruing thereon from May 25, 2007 (the date of the award) at the rate of 9% per annum, until the date that the above sum is paid in full; and that the petitioner, DUNHILL FRANCHISEES TRUST, have execution therefore; accordingly the case is closed.

Dated: New York, New York
       December 6, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07

BY: _____
     Victor Marrero
     U.S.D.J.

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____