MANDATE

SDNY/NYNY
07-CV-06940
Marrero

UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT
----------------------------------------X
DUNHILL STAFFING SYSTEMS, INC.

               Appellant,          Docket No. 07-5066-CV

-against-
DUNHILL FRANCHISEES TRUST

               Appellee.
----------------------------------------X

### STIPULATION WITHDRAWING APPEAL

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

*Attorneys for Appellant*
Kenneth Lapatine, Esq.
Mark Budoff, Esq.
Greenberg Traurig, LLP
200 Park Avenue, 15th Floor
New York, New York 10166

*Attorneys for Appellee*
Richard L. Rosen, Esq.
Leonard S. Salis, Esq
The Richard L. Rosen Law Firm, PLLC
110 East 59th Street, 23rd Floor
New York, New York 10022

Dated:

SO ORDERED:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By
Stanley A. Bass, Staff Counsel

CERTIFIED: FEB 2 1 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk